UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAROLYN CLARK, *individually and on*                                             PLAINTIFF
*behalf of all those similarly situated*


v.                          Case No. 5:19-cv-284-LRP


SIMMONS FIRST                                                                    DEFENDANT
NATIONAL CORPORATION

---

JOINT NOTICE OF CASE SETTLEMENT

Comes the parties, by and through respective counsel, and respectfully advises the Court of a settlement reached between the parties in this action.

In that a portion of the settlement is one based on the settlement of claims filed under the Fair Labor Standards Act, the settlement requires the approval of the Court. Counsel anticipates that a joint motion for approval of the settlement and the proposed settlement agreement can be presented to the Court for consideration with 14 days.

        Mathew D. Miller
        Admitted Pro Hac
        PA Bar No. 312387
        Swartz Swidler, LLC
        1101 Kings Highway N.
        Suite 402
        Cherry Hill, NJ 08034
        Phone: 856.685.7420
        Fax: 856.685.7417
        E-mail: mmiller@swartz-legal.com
        Attorneys for Plaintiff:

1

James M. Gary
AR Bar No. 80051
(Attorney in Charge and To Be Noticed)
KUTAK ROCK LLP
124 West Capitol Avenue, Ste. 2000
Little Rock, Arkansas 72201
Attorney Direct: 501.975.3140
Main Dial: 501.975.3000

Attorneys for Defendant

4843-0989-3095.1