IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CAROLYN CLARK, Individually and on**
**Behalf of all Those Similarly Situated**                                                   **PLAINTIFF**

**v.**                             **Case No. 5:19CV00284-LPR**

**SIMMONS FIRST NATIONAL CORPORATION**                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that Ms. Clark's claims are DISMISSED with prejudice, and all other claims are DISMISSED without prejudice. The Court retains jurisdiction solely to enforce the settlement agreement if that becomes necessary.

IT IS SO ADJUDGED this 24th day of September, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE